SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
KENNETH RYAN MASSEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-628-SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF BAIL HEARING |
| vs. | ) | WITHOUT PREJUDICE AND |
| | ) | ~~PROPOSED~~ ORDER |
| KENNETH RYAN MASSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Kenneth Ryan Massey was arraigned on the indictment herein before Magistrate Judge Zimmerman on September 2, 2010. Based on the government's motion for detention, the court entered a temporary order of detention pending a bail hearing, which was scheduled for Thursday, September 9, 2010 at 10:45 a.m. before Magistrate Judge Beeler. This is an Oakland case. The case is currently set for an initial appearance before the district court (Judge Armstrong) on September 14, 2010. Mr. Massey is currently detained in U.S. Marshal's custody.

    Mr. Massey through his appointed counsel hereby waives his right to a bail hearing, without prejudice to his right to re-open the question of bail if he is able to provide the Court with information to support his release on bail. Therefore, the bail hearing currently set for Thursday, September 9, 2010 before Judge Beeler is no

1  longer necessary, and defendant requests that the matter to be taken off the calendar
2  for that date.
3
4  Dated: September 7, 2010                    Respectfully submitted,
5
6                                              /S/   Suzanne A. Luban/
                                                SUZANNE A. LUBAN
                                                Attorney A Law
7                                               Counsel for Defendant Massey
8
9  _____
10
11      For Good Cause Shown, IT IS HEREBY ORDERED that the detention hearing
12  currently set for Thursday, September 9, 2010 at 10:45 a.m. before this Court is hereby
13  vacated, and the defendant is ordered detained without prejudice to reopen the issue
14  of pretrial release upon request by the defendant.
15  DATED:  September 8, 2010
16                                              _____
17                                              Hon. LAUREN BEELER
                                                U.S. Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28