UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-628-SBA |
| Plaintiff, | ) | |
| vs. | ) | ORDER REFERRING MOTION TO BE RELIEVED AND FOR SUBSTITUTION OF COUNSEL TO MAGISTRATE JUDGE |
| KENNETH RYAN MASSEY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good Cause Appearing, IT IS HEREBY ORDERED that the matter of the motion by defendant's counsel to be relieved and for substitution of counsel is hereby referred to Magistrate Judge Ryu, to be placed on Judge Ryu's criminal calendar for September 13, 2010 at 10:00 a.m. The Federal Public Defender's Office shall contact a CJA panel lawyer to appear, to accept the substitution and appointment should the motion be granted.

DATED: 9/10/10

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. District Court