MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3740
   Facsimile: (510) 637-3724
   E-Mail:   Joshua. Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00628-SBA |
| ) | |
| Plaintiff, ) | ORDER TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| KENNETH MASSEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The parties appeared for a hearing to appoint new counsel on September 14, 2010. The matter was continued to November 2, 2010 for status conference. The government is in the process of producing discovery. New defense counsel will require time to review the discovery. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 14, 2010 and November 2, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 14, 2010 and November 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time

ORDER TO EXCLUDE TIME
No. CR-10-00628 SBA              -1-

1  between September 14, 2010 and November 2, 2010 shall be excluded from computation under
2  the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4  DATED: September 14, 2010         _____
                                     HONORABLE DONNA M. RYU
5                                    United States Magistrate Judge

ORDER TO EXCLUDE TIME
No. CR-10-00628 SBA                  -2-