UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH RYAN MASSEY,<br><br>    Defendant. | Case No: CR 10-0628 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On November 3, 2010, the Court referred this matter, upon consent of the parties, to the Oakland duty magistrate judge for a report and recommendation on the acceptance of Defendant's guilty plea. On November 5, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's Report and Recommendation (Docket 20) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: January 18, 2011

                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge